**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ashley Polk and Edward Tiller, Defendants,

Of whom Ashley Polk is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001310

———————————

Appeal From York County
W. Marsh Robertson, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-153
Submitted March 22, 2022 – Filed March 24, 2022

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

LaRonda Deshane Kelley-Smith, of Charlotte, North
Carolina, for the Guardian ad Litem.

**PER CURIAM:** Ashley Polk appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Polk's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.